**Russell Brent KESSLER, Jr., Petitioner—Appellant,**

v.

**Bonnie BOYETTE, Superintendent, Nash Correctional Institution, Respondent—Appellee.**

No. 04–7113.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 1, 2004.

Decided Sept. 15, 2004.

Russell Brent Kessler, Jr., Appellant pro se. Clarence Joe DelForge, III, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Russell Brent Kessler, Jr., seeks to appeal the district court's order granting the Government's motion to dismiss Kessler's 28 U.S.C. § 2254 (2000) petition as time-barred. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell*, 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Kessler has not made the requisite showing. Accordingly, we deny Kessler's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*